# EXHIBIT C

**Senior Managing Consultant (Simpler)**

Simpler Consulting, an IBM company is part of IBM Consulting, IBM's consulting and global professional services business, with market leading capabilities in business and technology transformation. With deep expertise in many industries, we offer strategy, experience, technology, and operations services to many of the most innovative and valuable companies in the world. Our people are focused on accelerating our clients' businesses through the power of collaboration. We believe in the power of technology responsibly used to help people, partners and the planet.

Simpler delivers a hands-on, personalized, approach to create meaningful results and lasting change using the Simpler Business System ® (SBS). SBS is a proprietary and proven enterprise-wide transformation model built around Lean principles originally derived from the Toyota Production System. SBS combines management and improvement methods into one business system which enables organizations to continuously improve performance and maximize value to their customers.

Through partnership with our parent company, IBM, and their strategic partnerships we offer a combination of capabilities and services unique in the industry for integrating people, processes, technology, and data to reduce waste, increase effectiveness, and maximize customer-defined value for clients.

Curiosity and a quest for knowledge serve as the foundation to success in Simpler Consulting, an IBM Company. In your role, you'll be encouraged to challenge the norm, investigate ideas, and develop creative solutions for your clients. Our culture of evolution and empathy centers on long-term career growth and development opportunities in an environment that embraces your unique skills and experience.

**Your Role and Responsibilities**
Simpler Consulting's Senior Managing Consultant are essential to our clients as they work to reinvent themselves for the future. Join our highly visible and highly skilled team of global consultants as we strive to accelerate sales, deliver client engagements, and build Simpler Consulting's market eminence. If you are a forward-thinker and a curious intellectual, we welcome you to apply for your next exciting career challenge!
Our Senior Managing Consultants take on exciting assignments and inspire our clients, with the goal of bringing about lasting, meaningful change. We come from diverse backgrounds, and serve clients in diverse fields including manufacturing, healthcare, financial services, aerospace, and the military. Our Senior Managing Consultants share certain important traits. Most are former change agents and high-level managers with serious experience under their belts. They are the doers, motivated to make change happen by engaging front-line workers, supervisors, and managers in problem-solving, and daily management techniques. Their strong leadership skills make them mentors and role models. They are always looking, listening and learning, and when they speak,

they do so honestly and with respect. They are relentlessly reflecting, looking for ways to improve and better serve their clients.

Senior Consultants co-create and deploy the right strategies to drive value stream level improvement. They have deep operational experience and leadership skills to deliver meaningful results and lasting change. They are always looking, listening and reflecting on ways to help your organization improve.

As a Simpler Senior Managing Consultant, you will be responsible for delivering sustainable results to our clients. Senior Managing Consultants drive the planning, preparation, and implementation of improvement to enable better decision making with client teams.

The Senior Consultants serve as a trusted partners to the client's team and deliver billable work (on site and remote) for the engagement. Their support is typically the following:

- Teach and coach the principles and techniques of Lean to eliminate waste, create value, improve process flow, document standard work, use visual management, and create pull systems

- Develop the client's management system and coach to build internal capability to sustain the management system

- Serve as change agents, facilitate Value Stream Analysis, Rapid Improvement Events, and Managing for Daily Improvement

- Develop leaders and front-line talent by coaching in Gemba

- Provide focused daily management to ensure the adoption and implementation of improvement ideas into the daily operations and culture of the site, preventing regression back to prior methods and beliefs

**Required Technical and Professional Expertise**

- Demonstrated capacity for developing and sustaining key relationships through strong interpersonal coaching and presentation skills.

- Change agent with a record of dramatically better results and a willingness to challenge the status quo, especially related lead times, productivity, quality, and cost reduction

- Business leadership experience and responsibility for business operations, strategies and business function tactics

- Enterprise change management experience utilizing structured improvement methodologies such as Lean, TPS, Agile, DMAIC, etc.

**Preferred Technical and Professional Expertise**

- Supply Chain technology experience

- Proven, significant experience with the Toyota Production System

- Passionate self-learner who enjoys teaching others and illuminating concepts with personal examples.

- P&L experience

**About Business Unit**

IBM Consulting is IBM's consulting and global professional services business, with market leading capabilities in business and technology transformation. With deep expertise in many industries, we offer strategy, experience, technology, and operations services to many of the most innovative and valuable companies in the world. Our people are focused on accelerating our clients' businesses through the power of collaboration. We believe in the power of technology responsibly used to help people, partners and the planet.

This job requires you to provide your COVID-19 vaccination status with supporting documentation, where legally permissible.

**Your Life @ IBM**

In a world where technology never stands still, we understand that, dedication to our clients success, innovation that matters, and trust and personal responsibility in all our relationships, lives in what we do as IBMers as we strive to be the catalyst that makes the world work better.

Being an IBMer means you'll be able to learn and develop yourself and your career, you'll be encouraged to be courageous and experiment everyday, all whilst having continuous trust and support in an environment where everyone can thrive whatever their personal or professional background.

Our IBMers are growth minded, always staying curious, open to feedback and learning new information and skills to constantly transform themselves and our company. They are trusted to provide on-going feedback to help other IBMers grow, as well as collaborate with colleagues keeping in mind a team focused approach to include different perspectives to drive exceptional outcomes for our customers. The courage our IBMers have to make critical decisions everyday is essential to IBM becoming the catalyst for progress, always embracing challenges with resources they have to hand, a can-do attitude and always striving for an outcome focused approach within everything that they do.

Are you ready to be an IBMer?

This job requires you to provide your COVID-19 vaccination status with supporting documentation, where legally permissible.

**About IBM**

IBM's greatest invention is the IBMer. We believe that through the application of intelligence, reason and science, we can improve business, society and the human condition, bringing the power of an open hybrid cloud and AI strategy to life for our clients and partners around the world.

Restlessly reinventing since 1911, we are not only one of the largest corporate organizations in the world, we're also one of the biggest technology and consulting employers, with many of the Fortune 50 companies relying on the IBM Cloud to run their business.

At IBM, we pride ourselves on being an early adopter of artificial intelligence, quantum computing and blockchain. Now it's time for you to join us on our journey to being a responsible technology innovator and a force for good in the world.

**Location Statement**

IBM offers a competitive and comprehensive benefits program. Eligible employees may have access to:

- Healthcare benefits including medical & prescription drug coverage, dental, vision, and mental health & well being

- Financial programs such as 401(k), the IBM Employee Stock Purchase Plan, financial counseling, life insurance, short & long- term disability coverage, and opportunities for performance based salary incentive programs

- Generous paid time off including 12 holidays, minimum 56 hours sick time, 120 hours vacation, 12 weeks parental bonding leave in accordance with IBM Policy, and other Paid Care Leave programs. IBM also offers paid family leave benefits to eligible employees where required by applicable law

- Training and educational resources on our personalized, AI-driven learning platform where IBMers can grow skills and obtain industry-recognized certifications to achieve their career goals

- Diverse and inclusive employee resource groups, giving & volunteer opportunities, and discounts on retail products, services & experiences

The compensation range and benefits for this position are based on a full-time schedule for a full calendar year. The salary will vary depending on your job-related skills, experience and location. Pay increment and frequency of pay will be in accordance with employment classification and applicable laws. For part time roles, your compensation and benefits will be adjusted to reflect your hours. Benefits may be pro-rated for those who start working during the calendar year.

We consider qualified applicants with criminal histories, consistent with applicable law.

IBM will not be providing visa sponsorship for this position now or in the future. Therefore, in order to be considered for this position, you must have the ability to work without a need for current or future visa sponsorship.

**Being You @ IBM**

IBM is committed to creating a diverse environment and is proud to be an equal opportunity employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, gender, gender identity or expression, sexual orientation, national origin, genetics, pregnancy, disability, age, veteran status, or other characteristics. IBM is also committed to compliance with all fair employment practices regarding citizenship and immigration status.