# EXHIBIT D

**Simpler Plan – Randy Dill**

**Reasoning:**

- Low utilization is extended greater than 150 calendar days since January 2023
- Full Utilization for Band 9 is 18 days monthly
- Team member skills not meeting Client demand
- Team member not selected for Client placement

**Aim:**

- Identify the necessary self-improvement steps or actions to better position you to deliver at full utilization
- Utilization January 1 to July 29, 2023:
- 15 Days (Data source Tenrox)
- Full utilization (18 days) by November 1, 2023

**Recommended Action Plan:**

- Update W3 Profile Expertise:  Add resume
- Secure Industry Badge(s)
- Feed yourself – develop and sale new business
- Identify skill gaps
- Formulate and implement a plan to fill skill gaps
- Simpler internal marketing:
    - List your industry experience
    - List your domain expertise (e.g., clinical flow, maintenance excellence, etc.)
    - Create your action plan
- Explore and use the IBM Professional Marketplace (Find an open seat)  IBM Professional Marketplace | Find an open seat

- Conduct weekly progress and coaching sessions (Randy and Jay):
- Starting, Tuesday, August 8, 2023, at 9:00 AM