IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Randall E. Dill,<br><br>    *Plaintiff*,<br><br>    v.<br><br>International Business Machines Corporation,<br><br>    *Defendant*. | Case No. 1:24-cv-00852-HYJ-PJG<br><br>Hon. Hala Y. Jarbou<br><br>Magistrate Judge: Phillip J. Green |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2

I hereby certify that Defendant International Business Machine Corporation's Brief in Support of its Motion to Dismiss complies with Local Rule 7.2(b)(i) because, excluding the parts exempted by the Rule, it contains 5,249 words.

I further certify that, in preparing the foregoing, Microsoft Word Office 365 was used, and that this word processing program was applied specifically to include all text, headings, footnotes, and quotations in the word count.

Dated:  October 23, 2024          */s/ Kyle M. Asher*
                                                           Kyle M. Asher (P80359)
                                                           Jennifer L. Beidel (P86645)
                                                           DYKEMA GOSSETT PLLC
                                                           201 Townsend Street
                                                           Suite 900
                                                           Lansing, MI 48933
                                                           Phone: 517-374-9151
                                                           Email: kasher@dykema.com
                                                           jbeidel@dykema.com

Michael E. DeLarco*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Phone: 212-918-3265
Email: michael.delarco@hoganlovells.com

David M. Foster*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Phone: 202-637-5573
Email: david.foster@hoganlovells.com

Michelle Roberts Gonzales*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: 310-785-4670
Email: michelle.roberts.gonzales@hoganlovells.com

*Counsel for Defendant International Business Machines Corporation*

*Applications for Admission Pending*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2024, my assistant caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

Dated: October 23, 2024

By: */s/ Kyle M. Asher*
Kyle M. Asher (P80359)

900500.005797  4874-9953-9698.1